Lauren M. Hausman, (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff

AUGUST IMAGE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    Plaintiff,<br><br>V.<br><br>VIE DE MER SKINCARE, INC,<br><br>    Defendant. | Civil Action No. 2:23-cv- 08286-RGK-JPR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION AND MEMORANDUM FOR ORDER TO SERVE DEFENDANT THROUGH CALIFORNIA SECRETARY OF STATE AND FOR EXTENSION OF TIME TO SERVE DEFENDANT**<br><br>DATE: Monday, January 29, 2024<br>TIME: 9:00 AM<br>JUDGE: Honorable R. Gary Klausner<br>CTRM: Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor |

PLEASE TAKE NOTICE that, on January 29, 2024, Plaintiff August Image, LLC ("Plaintiff"), will move in the United States Courthouse for the Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, for an Order allowing service of process on defendant Vie de Mer Skincare, Inc ("Defendant") via the California Secretary of State pursuant to Cal. Corp. Code § 1702(a) (the "Motion") and for an extension of time to serve Defendant.

This Motion is based upon the Memorandum in Support of the Motion. The Plaintiff also submits herewith a proposed order granting the requested relief. To date, the Defendant in this lawsuit has failed to plead, answer, or otherwise defend the action. Plaintiff has been unable to contact Defendant to discuss this Motion or any potential resolution of this matter because Defendant's whereabouts are unknown.

Dated: December 28, 2023.               By: /s/ Lauren M. Hausman_____
                                            Lauren M. Hausman, Esq.
                                            Attorney for Plaintiff
                                            August Image, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, I electronically filed (1) Plaintiff's Notice of Motion and Motion for Order allowing service of process on

defendant Vie de Mer Skincare, Inc via California Secretary of State and for an extension of time to serve defendant; (2) Plaintiff's Memorandum In Support of Motion; and (3) Proposed Order Granting Plaintiff's Motion with the Clerk of the Court for the U.S. District Court for the Central District of California, using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman\_\_\_
Lauren M. Hausman, Esq.